IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LINDA TOLBERT,                          :
                                        :
        Plaintiff,                      :
                                        :       CIVIL ACTION
v.                                      :       FILE NO. 1:21-CV-04165-TWT
                                        :
PUBLIX SUPER MARKETS, INC.   :
                                        :
        Defendant.                      :

### DEFENDANT PUBLIX SUPER MARKETS, INC.'S
### MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Publix Super Market, Inc., and pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, files this Motion for Summary Judgment on the grounds that there are no genuine issues as to any material facts regarding Plaintiff's claims in the above-referenced matter. Further, Defendant states affirmatively that it is entitled to judgment as a matter of law on all claims.

In support of this Motion, Defendant relies upon the following:

1) Defendant's Brief filed contemporaneously herewith;

2) All pleadings of record in the above-styled case including the Plaintiff's Complaint, the Answer of Publix Super Markets, Inc.;

3) The Deposition of Linda Tolbert;

- 1 -

4) The Affidavit of Christine Thompson; and

5) Any and all other materials on file with this Court at the time of the Court's

consideration of this Motion.

This 8th day of July, 2022.

|  | FAIN, MAJOR & BRENNAN, P.C. |
|---|---|
|  | */s/ Joseph S. Knight* |
|  | JAMES W. HARDEE |
| One Premier Plaza | Georgia State Bar No. 324399 |
| 5605 Glenridge Drive, N.E. | JOSEPH S. KNIGHT |
| Suite 900 | Georgia State Bar No. 205544 |
| Atlanta, Georgia 30342 | *Counsel for Publix Super* |
| (404) 688-6633 | *Markets, Inc.* |
| jhardee@fainmajor.com |  |
| jknight@fainmajor.com |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LINDA TOLBERT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | FILE NO. 1:21-CV-04165-TWT |
| | : | |
| PUBLIX SUPER MARKETS, INC. | : | |
| | : | |
| Defendant. | : | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the foregoing ***Defendant Publix Super Markets, Inc.'s Motion for Summary Judgment*** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record as follows:

Graylin C. Ward
Ward Law Office
27 East Broad Street
Newnan, GA 30263
graylincward@gmail.com

- 3 -

This 8th day of July, 2022.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Joseph S. Knight*

JAMES W. HARDEE

One Premier Plaza
5605 Glenridge Drive, N.E.
Suite 900
Atlanta, Georgia  30342
(404) 688-6633
jhardee@fainmajor.com
jknight@fainmajor.com

Georgia State Bar No. 324399
JOSEPH S. KNIGHT
Georgia State Bar No. 205544
*Counsel for Publix Super Markets, Inc.*

- 4 -