IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LINDA TOLBERT,     :
          :
    Plaintiff,   :
          :  CIVIL ACTION
v.          :  FILE NO. 1:21-CV-04165-TWT
          :
PUBLIX SUPER MARKETS, INC. :
          :
    Defendant.  :

## **DEFENDANT PUBLIX SUPER MARKETS, INC.'S STATEMENT OF MATERIAL UNDISPUTED FACTS**

COMES NOW Defendant Publix Super Markets, Inc., by and through undersigned counsel, and in support of its Motion for Summary Judgment, hereby submits its Statement of Undisputed Facts and shows the Court as follows:

1.

In the late afternoon of December 20, 2018, Linda Tolbert drove to the Publix store at Stillwood Pavilion in Newnan, Georgia, to shop for baking items for her Christmas baking projects.[1]

---

[1] See Plaintiff's Complaint (Exhibit "A"), ¶ 2; Deposition of Plaintiff (Exhibit "B"), 25:10-24

2.

Mrs. Tolbert chose to drive to the Publix because it is a "clean store" and the employees are nice.[2]

3.

When Mrs. Tolbert got out of her car, she walked across the parking lot and into the store.[3]

4.

Once inside, Mrs. Tolbert started by the deli, then moved toward the produce section, which was toward the back of the store.[4]

5.

Between the deli and the produce sections, but closer to the deli,[5] Mrs. Tolbert said she started sliding on a greasy spot, and that her ankle began to turn to the side.[6]

6.

Mrs. Tolbert said her right foot[7] then slipped out from under her and led to her falling back, with her shopping buggy coming back on her.[8]

---

[2] Deposition of Plaintiff, 21:9-14.
[3] Deposition of Plaintiff, 26:9-10.
[4] Deposition of Plaintiff, 26:10-12; 28:10-16.
[5] Deposition of Plaintiff, 28:10-16; 29:1-3.
[6] Deposition of Plaintiff, 26:12-14.
[7] Deposition of Plaintiff, 29:21-24.
[8] Deposition of Plaintiff, 26:14-20.

7.

There were no items yet in the Mrs. Tolbert's buggy other than her purse, which was placed in the child seat area of the buggy.[9]

8.

At the time of her incident, Mrs. Tolbert was wearing slip-on women's ankle-height dress boots with about a two or two-and-a-half inch heel.[10]

9.

Mrs. Tolbert has testified that she did not see anything on the floor either before she fell, or at the time she fell.[11]

10.

Mrs. Tolbert said that after she fell, she thought "something real greasy" was on the floor—something that was colorless, odorless, and not "slick," but "like wax, like something waxy or greasy."[12]

11.

She could not specify how big of an area the substance covered, but just said that she could see where her foot slipped in it.[13]

---

[9] Deposition of Plaintiff, 26:21 – 27:7.
[10] Deposition of Plaintiff, 27:8-21; Affidavit of Christine Thompson (Exhibit "C"), ¶ 12.
[11] Deposition of Plaintiff, 29:4-8.
[12] Deposition of Plaintiff, 30:8 – 31:5.
[13] Deposition of Plaintiff, 31:8-10.

12.

Mrs. Tolbert said that pretty quickly thereafter, a male Publix associate saw her and came to her assistance.[14]

13.

Mrs. Tolbert did not recall whether the male Publix associate actually helped her to stand up or whether she was able to stand up on her own.[15]

14.

Mrs. Tolbert did recall seeing the male associate look at the floor when helping her, but did not see him do anything with the floor, like get a mop bucket, a mop, paper towels, or anything like that, in her presence.[16]

15.

Mrs. Tolbert also recalled a female associate, a "deli manager," coming to her assistance as well, but Mrs. Tolbert did not recall seeing the deli manager look at the floor while assisting her.[17]

---

[14] Deposition of Plaintiff, 34:24 – 35:4
[15] Deposition of Plaintiff, 34:24 – 35:4.
[16] Deposition of Plaintiff, 36:18-24.
[17] Deposition of Plaintiff, 35:14-16; 36:15-17.

16.

Mrs. Tolbert then walked to the back of the store where she said she met with a store manager, and told him she hurt in her back, filled out a paper he gave her, then finished her shopping, paid for her groceries, walked out of the store, and drove home.[18]

17.

On December 20, 2019, Christine Thompson was working as the Assistant Deli Manager of Publix Store 1143 at Stillwood Pavilion in Newnan, Georgia, where the Plaintiff's incident occurred.[19]

18.

Ms. Thompson saw Mrs. Tolbert on the day of the incident.[20]

19.

Ms. Thompson had performed a visual inspection of the area where Ms. Tolbert fell, approximately 10 minutes before the fall.[21]

---

[18] Deposition of Plaintiff, 37:14 – 38:25.
[19] Affidavit of Christine Thompson, ¶ 4.
[20] Affidavit of Christine Thompson, ¶ 12.
[21] Affidavit of Christine Thompson, ¶ 13.

20.

Ms. Thompson did not observe and is not aware of any substance on the floor during this prior-to-incident inspection, and is not aware of any substance at all that contributed to Mrs. Tolbert's fall.[22]

21.

Ms. Thompson also inspected the scene after the incident, and found that the floor was clean.[23]

22.

In this subsequent inspection, she did not observe any substance or item on the floor that could have contributed to Plaintiff's fall.[24]

23.

Ms. Thompson is also familiar with Publix's "Don't Pass It Up, Pick It Up" policy.[25]

24.

As part of the "Don't Pass It Up, Pick It Up" policy, Publix Associates visually scan the floors while they are working.[26]

---

[22] Affidavit of Christine Thompson, ¶ 13.
[23] Affidavit of Christine Thompson, ¶ 14.
[24] Affidavit of Christine Thompson, ¶ 14.
[25] Affidavit of Christine Thompson, ¶ 15.
[26] Affidavit of Christine Thompson, ¶ 15.

25.

All Publix Associates are instructed that if they observe any debris or other hazardous conditions, under the Publix "Don't Pass It Up, Pick It Up" policy, they are to either remove the hazard at the time it is discovered, or stay with the hazard until another associate retrieves the materials necessary to remove the hazard and clean the floor.[27]

26.

Publix Associates are instructed on the "Don't Pass It Up, Pick It Up" policy and instructed to be aware of the store environment including the floors and to visually scan the floor for hazards as they are working.[28]

27.

In addition, Publix Associates are instructed to carry a paper towel in their pocket so that is a small amount of liquid from the floor.[29]

---

[27] Affidavit of Christine Thompson, ¶ 15.
[28] Affidavit of Christine Thompson, ¶ 15.
[29] Affidavit of Christine Thompson, ¶ 15.

28.

On the day of Mrs. Tolbert's fall, to the best of Ms. Thompson's knowledge, all Publix Store 1143 employees were in compliance with the "Don't Pass It Up, Pick It Up" policy.[30]

This 8th day of July, 2022.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Joseph S. Knight*

One Premier Plaza
5605 Glenridge Drive, N.E.
Suite 900
Atlanta, Georgia  30342
(404) 688-6633
jhardee@fainmajor.com
jknight@fainmajor.com

JAMES W. HARDEE
Georgia State Bar No. 324399
JOSEPH S. KNIGHT
Georgia State Bar No. 205544
*Counsel for Publix Super Markets, Inc.*

---

[30] Affidavit of Christine Thompson, ¶ 16.

- 8 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LINDA TOLBERT,             :
                           :
      Plaintiff,        :
                           :      CIVIL ACTION
v.                          :      FILE NO. 1:21-CV-04165-TWT
                           :
PUBLIX SUPER MARKETS, INC.  :
                           :
      Defendant.     :

## **<u>CERTIFICATE OF SERVICE</u>**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the foregoing ***Defendant Publix Super Markets, Inc.'s Statement of Undisputed Facts*** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record as follows:

Graylin C. Ward
Ward Law Office
27 East Broad Street
Newnan, GA 30263
graylincward@gmail.com

This 8th day of July, 2022.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Joseph S. Knight*

JAMES W. HARDEE

One Premier Plaza
5605 Glenridge Drive, N.E.
Suite 900
Atlanta, Georgia  30342
(404) 688-6633
jhardee@fainmajor.com
jknight@fainmajor.com

Georgia State Bar No. 324399
JOSEPH S. KNIGHT
Georgia State Bar No. 205544
*Counsel for Publix Super Markets, Inc.*