Exhibit "B"

# Linda Tolbert

**Date:** September 1, 2021

**Case:** Tolbert v. Publix et al

**Court Reporter:** Jasmine ingram



**Metro Atlanta Reporters, Inc.**
Phone: 770.985.2344
Fax:770.985.5044
Internet:metroatlantareporters.com

Linda Tolbert                                           9/1/2021

Page 1

IN THE STATE COURT OF COWETA COUNTY
STATE OF GEORGIA

LINDA TOLBERT,                    )
                                  )
      Plaintiff,                  ) CIVIL ACTION FILE
                                  ) NO. 20SV0424E
vs.                               )
                                  )
PUBLIX SUPER MARKET, INC.,        )
                                  )
      Defendant.                  )

                     - - -


        The deposition of LINDA TOLBERT, taken pursuant

to the stipulations contained herein; all formalities

waived; the reading and signing of the deposition waived;

before Jasmine Ingram, CCR; taken on Wednesday, September

, 2021; taken via videoconference; commencing at 10:03

a.m.


                         1

Linda Tolbert                                              9/1/2021

APPEARANCES


ON BEHALF OF THE PLAINTIFF:

GRAYLIN WARD
WARD LAW OFFICE
27 East Broad Street
Suite 600
Newnan, Georgia 30263
(770)251-1289
gward@numail.org

ON BEHALF OF THE DEFENDANT:

JAMES HARDEE
FAIN, MAJOR, AND BRENNAN
5605 Glenridge Drive NE
Suite 900
Atlanta, Georgia 30342
(404)688-6633
jhardee@fainmajor.com

Linda Tolbert                                              9/1/2021

Page 21

Q.   Do either of those medications have any side effects on you when you take them?

A.   No.

Q.   Were you on any sort of pain medication or muscle relaxer that day?

A.   No.

Q.   Do you still shop at Publix?

A.   Yes.

Q.   Why do you chose Publix?

A.   Because it's a clean store.

Q.   Yeah.  Nice employees generally at Publix --

A.   Yes.

Q.   -- right?

A.   Yes.

Q.   How often do you -- do you go to Publix, just on average?

A.   I've been going to Publix off and on since I moved to Newnan and they built the store.

Q.   And your grocery shopping habit, is that once a week?  Twice a week?  Every other week?  What is that generally?

A.   Probably twice a week and in between.

Q.   Are there employees at this particular store in Newnan that you know by name?

A.   No.

Metro Atlanta Reporters, Inc.
770-985-2344

Linda Tolbert                                          9/1/2021

Page 22

Q.   Are there employees at this store in Newnan that you know by face?  That you're familiar with their face?  In other words, you -- you see the same cashiers every time you go or you'll -- you'll say hello to the same deli clerk every time you go to the deli, anything like that?

A.   No, not --

Q.   Not really?

A.   No.

Q.   And -- and this store, this is the store on Fayetteville, right?

A.   No.

Q.   Lower Fayetteville Road, right?

A.   Yes.

Q.   This -- this is a -- a clean, well-kept store?

A.   Yes.

Q.   And the employees at this particular store are helpful and -- and friendly and treat you well?

A.   Yes.

Q.   Do you shop at any other grocery stores regularly?

A.   I shop -- yes.

Q.   Where else do you go?

A.   Kroger.

Q.   What's the difference between Publix and Kroger?

A.   Some of it's pricewise.

Linda Tolbert                                                9/1/2021

Page 23

Q.   Yeah.   Is it fair to say that Kroger is a -- a store that's not as well-kept and nice and clean as Publix?

A.   It's not, no.

Q.   And -- and this is still your Publix store, right?  Even today, you still stop at this -- this Publix location?

A.   Well, my husband does.

Q.   Okay.  You don't do the shopping anymore?

A.   I haven't, no.

Q.   And why is that?

A.   Because my leg hurts and I wear out.

Q.   Talking about your right knee?

A.   Yes.

Q.   Are you doing any activities now?

A.   Exercising.

Q.   And what type of -- what type of exercise?

A.   My physical therapy exercises and I've been trying to cleaning the house and try to start back doing my chores, a little -- little bit at a time.

Q.   Are you driving at all yet?

A.   Yes.

Q.   Did you drive to Mr. Ward's this morning?

A.   Yes.

Q.   Have you done any grocery shopping since your knee replacement surgery?

Metro Atlanta Reporters, Inc.
770-985-2344

Linda Tolbert                                          9/1/2021

Page 24

A.   Very little.

Q.   Have you -- have you been able to get back -- I don't know what your church situation is like right now. Ours is -- we have gone back in full, but I know some are still virtual.  What -- what about you?

A.   I went back.  Hadn't been back in over a year until two Sundays ago, and then COVID's back.

Q.   Yeah, yeah.  Has your husband been good and supportive with you?

A.   Yes.

Q.   Okay.  The knee replacement surgery that you just had, I think it was April 19th of this year, right?

A.   Yes.

Q.   A success?

A.   I'm hoping, so far.

Q.   Better than it was?

A.   Yes.

Q.   Getting better?

A.   Yes.

Q.   Therapy working?

A.   Yes.

Q.   And you're doing your part?

A.   Oh, yes.

Q.   Good.  This doesn't need to be part of the permanent record, I guess, it'll never be brought up.  But

Linda Tolbert                                              9/1/2021

Page 25

my mother-in-law had both her knees done and the next year she was snow skiing, so that gives you some hope. Believe that?

A.    Question, how old was she?

Q.    Okay. Let's talk -- let's talk a little bit about December 20th and -- and what actually happened on December 20th of 2018. Okay? Were you -- did you go to Publix by yourself that day?

A.    Yes.

Q.    And I understand it was later on in the afternoon, about 5:15, 5:20 in the afternoon when this happened, right?

A.    It was somewhere like that, yes.

Q.    You drove to Publix?

A.    Yes.

Q.    Where had you been that day? Do you recall?

A.    I think I did some shopping. I think I had gone to TJ Maxx, but I'm not positive.

Q.    Okay. And -- and was this a regular grocery shopping trip where you were going to load up for the week, or was this going to get bread and milk, or whatever? What was your purpose for being there that day?

A.    It wasn't a -- it was to get things to bake -- baking items that I can bake for Christmas.

Q.    As in Christmas cookies, or something like that?

Linda Tolbert                                                    9/1/2021

Page 26

A.    Cakes, pies, and just odds and ends I might think I would need.

Q.    You -- did you have a handicap parking privilege at that point?

A.    No.

Q.    So you park in the parking lot, you walk inside. Take me through your travel within the store up until the time that you -- you fall.

A.    Okay.  I got out of the car and I walked across the parking lot into the store.  And I walked -- started by the deli, and then there's the deli and then the produce is here.  Well in between there, it was a spot.  It was real greasy, and I had my buggy in my hand and I started sliding and my ankle started turning to the side.  And I was holding to the buggy and it was just throwing every which way.  And finally, my foot just went out from under me and I just fell back and the buggy come back on me.

Q.    When you say buggy, are you talking about one the big push buggies?

A.    Right.  Yes.

Q.    Did you have any items in the buggy at that point, or had you just started your shopping?

A.    Just started.

Q.    Did you have anything else in your hands?  Your purse, phone, coffee, anything like that?

Linda Tolbert                                                9/1/2021

Page 27

A.   No.

Q.   Did you have a purse with you?

A.   Yes.

Q.   And where was the purse?

A.   I usually sit it in the -- where the kids sit.

Q.   Okay.  In the buggy?

A.   Right.

Q.   What type of shoes were you wearing that day?

A.   Boots.

Q.   And it looks like those boots had about two, two and a half inch heals; is that right?

A.   Probably about two inch.

Q.   And boots mean different things to different people.  Can you describe what type of boots we're talking about here?  Are they like women's dress boots?  Are they work boots?  Are they -- what -- what are they?

A.   They're like dress boots.  They wasn't work boots.

Q.   Are they lace up boots?  Are they just kind of slide on?

A.   Slip on.

Q.   Do you still have those boots?

A.   I don't think so.  I might, I'd have to look.

Q.   Okay.  I'm going to ask you to look.  And if you don't have them, okay.  But if you do have them, I need to

Linda Tolbert                                        9/1/2021

Page 28

request that you save them until this case is over.  Okay?

A.   Can you tell me what the heel looked like?

Q.   Can I tell you what the heel looked like?  All I can tell you is what's been described to me in the discovery.

A.   Okay.

Q.   I've never seen your boots, and that's why I'm asking you to save them if you have them.  Okay?

A.   Okay.

Q.   Okay.  I think you said you're -- you're between the deli and the produce section.

A.   Yes.

Q.   Are you going towards the back speed way, or the front speed way when this happened?  You going toward the back of the store or the front of the store?

A.   Back.

Q.   Towards the back.  Is this -- is this in the area where there are kind of stand-alone places where deli meats are kept, I don't know, potato salad, macaroni salad, things like that are kept?

A.   It was at the end.  Kind of at the end of the row of deli, and that's where the tea and all that -- was like where the people come out from the back.

Q.   Okay.

A.   Right in that area.

Linda Tolbert                                        9/1/2021

Page 29

Q.   So it's near the -- the back of the store there. What would be the closest product to where you fell?

A.   It would be the deli.

Q.   Did you see anything on the floor?

A.   Not when I fell, no.

Q.   And you didn't see anything before you fell, right?

A.   Right.

Q.   Why not?

A.   Because I wasn't looking till I fell.  I mean, I didn't see anything.

Q.   Where were you looking before you fell?  Do you recall?

A.   Excuse me?

Q.   Yes, ma'am.  Where were you looking at the time you -- at the time you fell?

A.   I don't know.  I think the deli.

Q.   Were you actually pushing your cart when you first started -- you said slipping?

A.   I don't remember.

Q.   Do you remember anything about how you first started slipping?  Was it your right foot?  Was it your left foot?  What -- what was it?

A.   It's my right foot.

Q.   And let me just make sure I'm clear.  Before your

Linda Tolbert                                          9/1/2021

Page 30

right foot started doing any slipping, you didn't see
anything on the floor; is that right?

    A.   That's right.  I wasn't looking at the floor.

    Q.   At any point during or after you fell, did you
see anything on the floor?

    A.   Yes.

    Q.   What did you see on the floor?

    A.   It was something real greasy.

    Q.   Did it have a color to it?

    A.   No.

    Q.   Was it a liquid?

    A.   No.  It was like a -- like, it was just
greasy-like.

    Q.   Well, was it -- it was visible to you?

    A.   It was -- not when I -- not when I hit it.  And
when I got up, I -- I just -- I said, the floor is greasy.
And I took my foot and went over it and it just -- my foot
was just doing -- made a slide and I -- and I can't
remember if I took my hand, or what, but I -- when I got up
and felt that it was just real greasy.

    Q.   Well, what I'm getting at is, was there a visible
area of actual grease on the floor, or are you just trying
to describe to me that the floor was -- was slick?

    A.   No.  It wasn't slick, it was greasy.

    Q.   Okay.  Could you see an actual substance on the

Linda Tolbert                                           9/1/2021

Page 31

floor?

    A.    It looked like a -- like wax, like something waxy or greasy on it.

    Q.    Is there a color to that?

    A.    Clear.

    Q.    And how big of an area could you see a clear substance?

    A.    I can't tell you how big.  I just know I was hurting bad and the -- it was a spot there, just there where my foot.  I could see where my foot slipped in it.

    Q.    Do you know what the substance was specifically?

    A.    No.

    Q.    Do you know where it came from?

    A.    No.

    Q.    Did it have a smell to it?

    A.    No.  I didn't smell it.

    Q.    I'm sure you don't -- you don't know how long it -- it had been there.

    A.    No.

    Q.    What -- go ahead.

    A.    The -- the guy from the department, produce, he came over to help me up and I told him, I said, This floor is really greasy.  I said, Somebody's going to get hurt really bad on it.  And he told me that it was greasy there a lot.

Linda Tolbert                                                    9/1/2021

Page 32

Q.   Okay.  What did he look like?

A.   He was just a young man.  I don't know, sir.

Q.   Okay.  Was he -- was he white or black?

A.   He was white.

Q.   Okay.  But just so I am clear, your testimony is, is that there was a -- something that was visible on the floor that caused you to slip?

A.   After I got up, I could see it, yeah.  It was -- because I could see it where my -- because my heel -- foot had gone through it.

Q.   Were there other shoppers in the area when you fell?

A.   No.

Q.   Had any other shoppers walk through the area before you walked through it?

A.   No.

Q.   You didn't see anybody walking through that area?

A.   No.

Q.   Was it crowded that afternoon?

A.   No.

Q.   So your right foot started slipping.  Kind of take it from there.  You -- you grabbed your cart -- or you started falling backwards.

A.   I had my cart and my foot slipped and my ankle started going over and I couldn't --

Linda Tolbert                                                    9/1/2021

Page 33

Q.   Which ankle?

A.   I couldn't hold --

Q.   Which --

A.   -- my foot up.

Q.   Which -- which foot?  Which ankle?

A.   My right one.

Q.   Okay.

A.   My right foot kept going over and I tried to hold it up and it -- it would go back over.  And so then I just -- all of a sudden, I just went back.  I couldn't hold it any longer and I just -- my foot just went that way and I just fell backwards with the cart.

Q.   And how did the -- did the cart tip over?

A.   Fell on me, yeah.

Q.   Okay.  And which direction did it tip?

A.   Backward.

Q.   Did it go on it -- did it on its side?  Did it flip over from the front over the back?

A.   It just came back.

Q.   Okay.  So the court reporter can't get hand motions.  Let -- let me see if I can put it into words. The -- the front of the cart came up and over and came back onto you; is that correct?

A.   Yes.

Q.   When you fell backwards, did you brace yourself

Linda Tolbert                                              9/1/2021

Page 34

at all with either hand?

A.   No.

Q.   Have you ever taken a fall that you recall before?

A.   No.

Q.   And I think you said you don't recall falling -- falling down the steps in -- in a basement; is that right?

A.   Right.

Q.   Have you ever fallen at any other store before?

A.   No.

Q.   You've got retail experience, right?

A.   Yes.

Q.   And as part of your retail sales experience, were you constantly on the lookout for substances on the floor at Rich's or Macy's or, where have you?

A.   Yes.

Q.   Okay.  When -- how long were you down on the floor for, roughly?

A.   I don't know.

Q.   More than a minute?

A.   I think so.

Q.   More than five minutes?

A.   No.  I think probably no more than that.

Q.   Did you get up on your own, or did this gentleman help you get it?

Linda Tolbert                                    9/1/2021

Page 35

A.    He asked me to help me get up, and I don't know if he helped me or not, I'll be honest with you.

Q.    So he was there pretty quickly?

A.    Yes.

Q.    Do you know if he came from the deli?

A.    Produce.

Q.    He did?

A.    (No audio response.)

Q.    And the best you recall, this was a young -- younger, white male?

A.    Yes.

Q.    Have you seen him since?

A.    No.

Q.    Do you remember the deli manager, a female, coming to your assistance as well?

A.    Yes.

Q.    And what do you remember about that?

A.    The manager told her to bring me to the back and told the -- the young man in the produce to stay where he was at.

Q.    Okay.  And did she do that for you?

A.    Yes.

Q.    In your presence, did -- did anyone do anything with the floor?

A.    No.

Linda Tolbert                                          9/1/2021

Page 36

Q.   Did the female that came to your assistance talk to you about what had just happened?

A.   No.

Q.   When -- when you fell, did you make a noise?  Did you cry out?

A.   Probably hollering, Oh.

Q.   Okay.  The female came very quickly after you fell; is that right?

A.   No.

Q.   How long did it take the female to get there?

A.   It was a while.

Q.   What -- what is a while?  I wasn't there, so I'm just trying to get details.  What does a while mean to you?

A.   I'd say a few minutes.

Q.   Did you see the female look at the floor when she was helping you?

A.   No.

Q.   Did you see the male look at the floor when he was helping you?

A.   Yes.

Q.   And did the male do anything with the floor, go get a mop bucket, a mop, or -- or paper towels, anything like that in your presence?

A.   No.

Q.   Did you say anything to either one of them about

Linda Tolbert                                                          9/1/2021

Page 37

what had just happened other than what you just told me?

A.    To who?

Q.    To either the female or the male.

A.    Yes.  I told them that the floor -- that I had fallen, that someone was going to get really -- bad hurt there if something wasn't done.

Q.    Do you recall saying anything else to either one of these two store associates?

A.    Well, the young man asked me about helping me up and -- and I -- and that's when he was -- he was telling me about the floor being greasy there a lot.  And finally the manager came and he told the lady behind the counter to -- to bring me to the back.

Q.    And the manager was a male; is that right?

A.    Yes.

Q.    Do you remember white male?

A.    Yes.

Q.    Okay.  So did the two of you walk to the back of the store?

A.    Yes.

Q.    And take it from there.  What happened next?

A.    Well, I was limping.  My leg was hurting, I walked to the back and she showed me the door to go in.  And I went in and sat down and -- and I told them what had happened.  And he said -- and I told him, I said, I hurt

Linda Tolbert                                                    9/1/2021

Page 38

all back in my back, all around here.  And I said, What do I write down on this paper?  And he said, Just put backside, is what he told me to put.  So that's what I did. Filled the paper out, and when I was through, I tried to -- I limped around and got my stuff and -- and kept trying to get my groceries and leave.

Q.   Do you know how long you were in the store after you wrote out your report or your statement?

A.   No.

Q.   Did you get your groceries, pay for them, walk out and then go home?

A.   Yes.  I limped out.

Q.   Other than telling the store manager that your back was hurting, did you -- did you tell him or the female anything else?

A.   I told -- told him my leg, my ankle, my whole side was hurting and -- and I was -- I wrote it down, but the female just carried me back there and she turned and left.  I never saw her again.

Q.   So all of this interaction was with the white male store manager?

A.   Right.  In his office.

Q.   Okay.  Did you drive home after getting your groceries?

A.   I did.