IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LINDA TOLBERT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | FILE NO. 1:21-CV-04165-TWT |
| | : | |
| PUBLIX SUPER MARKETS, INC. | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF FILING

COME NOW Defendant in the above-styled action, and provide this Notice of Filing the

deposition of Plaintiff, LINDA TOLBERT.

This 11th day of July, 2022.

One Premier Plaza
5605 Glenridge Dr. N.E., Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
*jknight@fainmajor.com*

**FAIN MAJOR & BRENNAN, P.C.**

*/s/ Joseph S. Knight*
JOSEPH S. KNIGHT
Georgia Bar No.205544
*Counsel for Publix Super Markets, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LINDA TOLBERT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | FILE NO. 1:21-CV-04165-TWT |
| | : | |
| PUBLIX SUPER MARKETS, INC. | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the ***NOTICE OF FILING*** with the Clerk of Court using the CM/ECF system, which will automatically send e mail notification of such filing to all attorneys of record as follows:

Graylin C. Ward
Ward Law Office
27 East Broad Street
Newnan, GA 30263
graylincward@gmail.com

This 11th day of July, 2022.

**FAIN MAJOR & BRENNAN, P.C.**

One Premier Plaza
5605 Glenridge Dr. N.E., Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jknight@fainmajor.com

*/s/ Joseph S. Knight*
JOSEPH S. KNIGHT
Georgia Bar No.205544
*Counsel for Publix Super Markets, Inc.*